# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PUBLIC INTEREST LEGAL FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>JOCELYN BENSON, in her official capacity as Michigan Secretary of State,<br><br>*Defendant*. | No. 1:20-cv-00818 |

## STIPULATED ORDER EXTENDING TIME
## TO RESPOND TO MOTION TO DISMISS

In order to allow the Plaintiff sufficient time to review documents received from the Defendant in response to a Freedom of Information Act request and considering the stipulation of the parties:

IT IS ORDERED that the time for Plaintiff Public Interest Legal Foundation to file a response to the motion to dismiss is extended by one week to November 19, 2020.

Date: _____          _____
                                                    HON. HALA Y. JARBOU
                                                    U.S. DISTRICT COURT JUDGE

The parties, through their respective counsel, stipulate to the entry of the above order.


*s/ Kaylan Phillips*　　　　　　　　　　　　　Date: November 9, 2020
Kaylan Phillips
Attorney for Plaintiff


 *s/ Erik A. Grill (with consent)*　　　　　　　Date: November 9, 2020
Erik A. Grill (P64713)
Assistant Attorney General
Attorney for Defendant