## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PUBLIC INTEREST LEGAL FOUNDATION,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>JOCELYN BENSON, in her official capacity as Michigan Secretary of State,<br><br>　　　　　*Defendant*. | No. 1:20-cv-00818 |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Public Interest Legal Foundation, by and through undersigned counsel, hereby voluntarily dismisses this action in its entirety without prejudice.

Dated: November 12, 2020.

Respectfully submitted,


　　*/s/ Kaylan Phillips*
Kaylan Phillips
Public Interest Legal Foundation
32 E. Washington Street, Ste. 1675
Indianapolis, IN 46204
Telephone: (317) 203-5599
kphillips@publicinterestlegal.org
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2020, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which sent notification to counsel of record.

   */s/ Kaylan Phillips*
Kaylan Phillips
Public Interest Legal Foundation
32 E. Washington Street, Ste. 1675
Indianapolis, IN 46204
Telephone: (317) 203-5599
kphillips@publicinterestlegal.org
*Counsel for Plaintiff*

2